UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERELLE HOWZE, | No. 2:15-cv-2112 AC P |
| Plaintiff, | |
| v. | ORDER |
| CATHY CROWLEY, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed her application for leave to proceed in forma pauperis on the form used by this division and therefore has not provided the certificate portion of the in forma pauperis application that must be filled out and signed by an authorized prison official. Additionally, the inmate trust account statement submitted by plaintiff has not been certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis and a certified trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice.

2. Plaintiff shall submit, within thirty days from the date of this order, a completed

1

1  affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk
2  of Court.  The affidavit must be accompanied by a copy of plaintiff's inmate trust account
3  statement for the six month period immediately preceding the filing of the complaint.  Failure to
4  comply with this order will result in a recommendation that this action be dismissed without
5  prejudice.
6      3. The Clerk of the Court shall provide plaintiff with a copy of the in forma pauperis
7  application used by this court.
8  DATED: January 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE